**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**ALFRED LEE MAULDIN**                                                                              **PETITIONER**
Reg # 14877-075

VS.                          NO. 2:08-CV-00213-BSM-BD

**T.C. OUTLAW, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas                                                                              **RESPONDENT**

## ORDER

The court is in receipt of the Recommended Disposition from Magistrate Judge Beth Deere recommending that the case be dismissed as petitioner had failed to pay the $5.00 filing fee or submit a motion for leave to proceed *in forma pauperis* within the time ordered by the court. Petitioner has since filed an application to proceed *in forma pauperis* as well as the $5.00 filing fee. He has also filed objections to the Magistrate Judge's Recommended Disposition in which he explains the reason for the delay in complying with the court's order.

In light of petitioner's actions, the court rejects the recommendations and refers the matter to the Magistrate Judge for further proceedings.

IT IS SO ORDERED this 27th day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE