# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**ALFRED LEE MAULDIN**                                                                                          **PETITIONER**
Reg # 14877-075

VS.                                    NO. 2:08-CV-00213-BD

**T.C. OUTLAW, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas                                                                                              **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered summarily dismissing this 28 U.S.C. § 2241 petition for writ of habeas corpus, without prejudice, for lack of jurisdiction pursuant to Rule 4 of the Rules Governing Section 2254 Cases.[1]

IT IS SO ORDERED, this 14th day of August, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Rules Governing Section 2254 Cases may also be applied to habeas cases brought under 28 U.S.C. § 2241. *Irwin v. Fisher*, 2009 WL 1954451 at *1 FN1 (D.Minn. July 6, 2009) (citing *Mickelson v. U.S.*, Civil No. 01-1750 (D.Minn. Sept. 10, 2002).